BLANK ROME LLP
Ana Tagvoryan (SBN 246536)
ana.tagvoryan@blankrome.com
Harrison Brown (SBN 291503)
Harrison.brown@blankrome.com
Victor Sandoval (SBN 344461)
victor.sandoval@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile: 424.239.3434

*Attorneys for Defendant*
Rack Room Shoes, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| DEMETRIUS SMITH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RACK ROOM SHOES, INC.,<br><br>Defendant. | Case No. 3:24-cv-06709-RFL<br><br>[*Assigned to Judge Rita F. Lin*]<br><br>**DEFENDANT RACK ROOM SHOES, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS AMENDED COMPLAINT**<br><br>(*Filed concurrently with Memorandum and Points of Authorities, Request for Judicial Notice and [Proposed] Order*)<br><br>Date: March 18, 2025<br>Time: 10:00 a.m.<br>Courtroom: 15<br><br>Complaint Filed: September 24, 2024<br>Complaint Served: October 9, 2024<br>Trial Date: None set |

TO THE COURT, PLAINTIFFS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on March 18, 2025 at 10:00 a.m., or as soon thereafter as this matter can be heard by the Honorable Rita F. Lin of the United States District Court, Northern District of California, located at 450 Golden Gate Ave., San Francisco, CA 94102, Courtroom 15, 18th Floor, Defendant Rack Room Shoes, Inc. ("Defendant" or "Rack Room") will and hereby does move to dismiss Plaintiffs' Putative Amended Class Action Complaint ("Amended Complaint") pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6).

Specifically, Defendant moves to dismiss Plaintiffs' Amended Complaint, or any claim therein, pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6).

This motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Request for Judicial Notice, any Reply filed in support of the Motion, and the records and pleadings in this action.

DATED: January 16, 2025 BLANK ROME LLP

By: /s/ *Victor Sandoval*
Ana Tagvoryan
Harrison Brown
Victor Sandoval
Attorneys for Defendant
RACK ROOM SHOES, INC.