BLANK ROME LLP
Ana Tagvoryan (SBN 246536)
ana.tagvoryan@blankrome.com
Harrison Brown (SBN 291503)
Harrison.brown@blankrome.com
Victor Sandoval (SBN 344461)
victor.sandoval@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile: 424.239.3434

Attorneys for Defendant
RACK ROOM SHOES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEMETRIUS SMITH, ROBIN SAVAGE, and MAIA WILLIAMS<br><br>Plaintiffs,<br><br>v.<br><br>RACK ROOM SHOES, INC.,<br><br>Defendant. | Case No. 3:24-cv-06709-RFL<br><br>[*Assigned to the Honorable Rita F. Lin*]<br><br>**DEFENDANT RACK ROOM SHOES, INC.'S STATEMENT OF RECENT DECISION**<br><br>Date: March 18, 2025<br>Time: Under Submission<br>Courtroom: Phillip Burton Federal Building & United States Courthouse 450 Golden Gate Avenue Courtroom 15, 18th Floor San Francisco, CA 94102<br>Judge: Rita F. Lin<br><br>Complaint Filed: September 24, 2024<br>Trial Date: None set |

Pursuant to Local Civil Rule 7-3(d), defendant Rack Room Shoes, Inc. ("Defendant" or "Rack Room") files this Statement of Recent Decision regarding a recent Order of the U.S. District Court for the Northern District of California which granted a motion to dismiss CIPA claims without leave to amend due to plaintiff's inability to allege the requisite intent. *See Smith v. Yeti Coolers, LLC*, Case No. 24-cv-01703 (N.D. Cal. March 14, 2025) (Lin, J.) (Attached as Exhibit 1).

DATED: March 18, 2025 BLANK ROME LLP

By: */s/ Victor Sandoval*
Ana Tagvoryan
Harrison Brown
Victor Sandoval
Attorneys for Defendant
RACK ROOM SHOES, INC.