**THE FREEDMAN FIRM PC**
Michael G. Freedman (Cal. Bar No. 281279)
1801 Century Park East, Ste. 450
Los Angeles, California, 90067
Telephone: (310) 285-2210
E-Mail: michael@thefreedmanfirm.com

**LEVIN LAW, P.A.**
Brian Levin (*pro hac vice*)
Jacob Polin (Cal. Bar No. 311203)
2665 S. Bayshore Dr., Ph. 2B
Miami, FL 33133
Telephone: (305) 402-9050
E-Mail: brian@levinlawpa.com
E-Mail: jpolin@levinlawpa.com

**MARCUS NEIMAN RASHBAUM & PINEIRO LLP**
Michael A. Pineiro (*pro hac vice*)
Christopher R. Reilly (*pro hac vice*)
2 South Biscayne Blvd., Suite 2530
Miami, FL 33131
Telephone: (305) 400-4260
E-Mail: mpineiro@mnrlawfirm.com
creilly@mnrlawfirm.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEMETRIUS SMITH, ROBIN SAVAGE, and MIA WILLIAMS<br>Plaintiffs,<br>v.<br>RACK ROOM SHOES, INC.<br>Defendant. | Case No. 3:24-cv-06709-RFL<br>[*Assigned to the Honorable Rita F. Lin*]<br>STATEMENT OF RECENT DECISION |

Pursuant to Civil Local Rule 7-3(d)(2), Plaintiffs respectfully submit this Statement of Recent Decision in support of their opposition to the pending Motion to Dismiss. The first decision, *Doe v. GoodRx Holdings, Inc.,* 2025 WL 2052302, at *12 (N.D. Cal. July 22, 2025), relates to economic injury under the UCL, CLRA, and CDAFA. The second decision, *Riganian v. LiveRamp Holdings, Inc.*, --- F. Supp. ----, 2025 WL 2021802, at *9–13 (N.D. Cal. July 18, 2025), relates to the crime-tort exception and unjust enrichment.

A true and correct copy of *Doe v. GoodRx Holdings, Inc.*, 2025 WL 20352302 (N.D. Cal. July 22, 2025) is attached hereto as Exhibit A. A true and correct copy of *Riganian v. LiveRamp*

*Holdings, Inc.*, 2025 WL 2021802 (N.D. Cal. July 18, 2025), is attached hereto as Exhibit B.

Dated: July 24, 2025

**MARCUS NEIMAN RASHBAUM & PINEIRO LLP**

By: */s/ Michael A. Pineiro*
Michael A. Pineiro

Michael A. Pineiro (*pro hac vice*)
Christopher R. Reilly (*pro hac vice*)

**LEVIN LAW, P.A.**
Brian Levin (*pro hac vice*)
Jacob Polin (Cal. Bar No. 311203)

**THE FREEDMAN FIRM PC**
Michael G. Freedman (Cal. Bar No. 281279)

*Attorneys for Plaintiffs*