**LEVIN LAW, P.A.**
Brian Levin (*pro hac vice*)
Jacob Polin (Cal. Bar No. 311203)
2665 S. Bayshore Dr., Ph. 2B
Miami, FL 33133
Telephone: (305) 402-9050
E-Mail: brian@levinlawpa.com
E-Mail: jacob@levinlawpa.com

**MARCUS RASHBAUM PINEIRO & MYERS LLP**
Michael A. Pineiro (*pro hac vice*)
Christopher R. Reilly (*pro hac vice*)
2 South Biscayne Blvd., Suite 2530
Miami, FL 33131
Telephone: (305) 400-4260
E-Mail: mpineiro@mrplawfirm.com
       creilly@mrplawfirm.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEMETRIUS SMITH, ROBIN SAVAGE, and MAIA WILLIAMS,<br><br>                    Plaintiffs,<br><br>      v.<br><br>RACK ROOM SHOES, INC.,<br><br>                    Defendant. | Case No.  24-cv-06709-RFL<br><br>*[Assigned to the Honorable Rita F. Lin]*<br><br>**NOTICE OF MEDIATOR AND MEDIATION DATE AND JOINT STIPULATION TO EXTEND THE TIME TO COMPLETE MEDIATION** |

Pursuant to Civil Local Rule 6-2, Plaintiffs, DEMETRIUS SMITH, ROBIN SAVAGE, and MAIA WILLIAMS ("Plaintiffs") and Defendant, RACK ROOM SHOES, INC. ("Defendant") (collectively, the "Parties"), hereby file this Joint Stipulation to Extend the Time to Complete Mediation, and the parties state the following in support:

1.       On May 28, 2025, the Court set a deadline of August 13, 2025, for the parties to submit

JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND THE TIME TO COMPLETE MEDIATION – CASE NO. 24-cv-06709-RFL

a joint letter naming the mediator and mediation date. *See* ECF No. 61. The Court also set a deadline to complete mediation by October 10, 2025. *Id.*

2. On August 13, 2025, the parties stipulated to extend the deadline to name a mediator and mediation date by a week until August 20, 2025. *See* ECF No. 87.

3. On August 14, 2025, the Court granted the parties' stipulation. *See* ECF No. 92.

4. The parties have agreed to mediate before Bruce A. Friedman, Esq. of JAMS on October 22, 2025.

5. Given that the agreed upon date of mediation is after the current deadline, the parties respectfully request that the Court extend the deadline to complete mediation to October 22, 2025.

6. The parties have not previously sought to extend the deadline to complete mediation.

5. For good cause, Federal Rule of Civil Procedure 6(b)(1)(A) permits a court to extend the time to perform any act.

6. This Stipulation is not being filed for the purpose of delay, and no party will be prejudiced by the relief requested herein.

IT IS SO STIPULATED AND JOINTLY REQUESTED.

Dated: August 20, 2025             **MARCUS RASHBAUM PINEIRO &
                                    MEYERS LLP**
                                    By: */s/ Christopher R. Reilly*
                                    Christopher R. Reilly (*pro hac vice*)
                                    Michael A. Pineiro (*pro hac vice*)

                                    **LEVIN LAW, P.A.**
                                    Brian Levin (*pro hac vice*)
                                    Jacob Polin (Cal. Bar No. 311203)

                                    *Attorneys for Plaintiffs*

                                    **BLANK ROME LLP**
                                    By: */s/ Ana Tagvoryan*
                                    Ana Tagvoryan

                                    *Attorney for Defendant*

JOINT STIPULATION AND ~~PROPOSED~~ ORDER RE: EXTENSION OF TIME TO COMPLETE MEDIATION – CASE NO. 24-cv-06709-RFL

1  The Court, having considered the parties' stipulation to extend the time to complete
2  mediation, and the papers filed in support, being fully informed of the premises, and for good cause
3  appearing, hereby ORDERS as follows:

4      1.    The stipulation is GRANTED.

5      2.    The parties are ORDERED to complete mediation by October 22, 2025.

6  **IT IS SO ORDERED**.

8  Date: August  21 , 2025      THE HONORABLE RITA F. LIN
    UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND ~~PROPOSED~~ ORDER RE: EXTENSION OF TIME TO COMPLETE MEDIATION – CASE NO. 24-cv-06709-RFL

### L.R. 5-1(i)(3) Attestation

Pursuant to L.R. 5-1(i)(3), I hereby attest that the signatories concur in the filing of this document.

*/s/ Christopher R. Reilly*
Christopher R. Reilly