UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS SMITH, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>RACK ROOM SHOES, INC.,<br><br>        Defendant. | Case No. 24-cv-06709-RFL<br><br>**ORDER TO SHOW CAUSE** |

    In its opposition to Plaintiffs' Motion to Amend, Rack Room quotes a case captioned *In re W. Coast Lamps*, 755 F.3d 1142, 1147 (9th Cir. 2014). (Dkt. No. 102 at 11.) The Court was unable to locate this case or the relevant quote. Therefore, Rack Room is **ORDERED** to provide a corrected citation for this case, and otherwise explain how the case came to be cited in their brief, by **October 9, 2025**.

    **IT IS SO ORDERED.**

Dated: October 2, 2025

                                                    RITA F. LIN<br>                                                    United States District Judge