BLANK ROME LLP
Ana Tagvoryan (SBN 246536)
ana.tagvoryan@blankrome.com
Harrison Brown (SBN 291503)
Harrison.brown@blankrome.com
Victor Sandoval (SBN 344461)
victor.sandoval@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile: 424.239.3434

*Attorneys for Defendant*
Rack Room Shoes, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| DEMETRIUS SMITH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RACK ROOM SHOES, INC.,<br><br>Defendant. | Case No. 3:24-cv-06709-RFL<br><br>[*Assigned to Judge Rita F. Lin*]<br><br>**DEFENDANT RACK ROOM SHOES, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS AND/OR STRIKE THE THIRD AMENDED COMPLAINT**<br><br>(*Filed concurrently with Memorandum and Points of Authorities and [Proposed] Order*)<br><br>Date: January 13, 2026<br>Time: 10:00 a.m.<br>Courtroom: 15<br><br>Complaint Filed: September 24, 2024<br>Complaint Served: October 9, 2024<br>Trial Date: None set |

TO THE COURT, PLAINTIFFS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on January 13, 2026 at 10:00 a.m., or as soon thereafter as this matter can be heard by the Honorable Rita F. Lin of the United States District Court, Northern District of California, located at 450 Golden Gate Ave., San Francisco, CA 94102, Courtroom 15, 18th Floor, Defendant Rack Room Shoes, Inc. ("Defendant" or "Rack Room") will and hereby does move to dismiss Plaintiffs' Third Amended Class Action Complaint ("Third Amended Complaint") pursuant to Federal Rule of Civil Procedure, Rule 12(b)(6) on the grounds that the Third Amended Complaint fails to state claims under the Wiretap Act, 18 U.S.C. § 2510, *et. seq*., California Comprehensive Computer Data and Access and Fraud Act, Cal. Penal Code § 502, *et. seq*., and the California Invasion of Privacy Act, Cal. Penal Code § 631(a). In the alternative, Defendant will and hereby does move to strike the Third Amended Complaint's "use" and "server-side interception" claims under the California Invasion of Privacy Act, Cal. Penal Code § 631(a) pursuant to Federal Rule of Civil Procedure, Rule 12(f).

This Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities, any Reply filed in support of the Motion, and the records and pleadings in this action.

DATED: November 7, 2025 BLANK ROME LLP

By: /s/ Victor Sandoval
Ana Tagvoryan
Harrison Brown
Victor Sandoval
Attorneys for Defendant
RACK ROOM SHOES, INC.