UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEMETRIUS SMITH, et al.,

Plaintiffs,

v.

RACK ROOM SHOES, INC.,

Defendant.

Case No. 24-cv-06709-RFL

**ORDER DENYING ADMINISTRATIVE MOTION RE COUNSEL COMMUNICATION**

Re: Dkt. No. 142

Defendants have filed an administrative motion bringing the Court's attention to the use of a profane gendered insult in an email sent by one of Plaintiffs' counsel and requesting the imposition of certain guardrails on communication between counsel in this case going forward. Civility is of the utmost importance, and all attorneys must "[p]ractice with [] honesty, care, and decorum" in a way that is "free from prejudice and bias." Civ. L. R. 11-4(a)(4), (b). It is never appropriate to use profanity or gendered insults in attorney communications. However, the word at issue clearly appears to have been erroneously inserted into the email as the result of a voice-to-text dictation error, as reflected by the context in which the word appears in the email, Plaintiffs' counsel's sworn declaration, and his near-contemporaneous and profuse apology email. Accordingly, there is no need for remedial action at this time on this basis or any other basis raised in the motion.

**IT IS SO ORDERED.**

Dated: January 6, 2026

RITA F. LIN
United States District Judge