**LEVIN LAW, P.A.**
Brian Levin (*pro hac vice*)
Jacob Polin (Cal. Bar No. 311203)
2665 S. Bayshore Dr., Ph. 2B
Miami, FL 33133
Telephone: (305) 402-9050
E-Mail: brian@levinlawpa.com
jpolin@levinlawpa.com

**MARCUS RASHBAUM PINEIRO & MEYERS LLP**
Michael A. Pineiro (*pro hac vice*)
Christopher R. Reilly (*pro hac vice*)
2 South Biscayne Blvd., Suite 2530
Miami, FL 33131
Telephone: (305) 400-4260
E-Mail: mpineiro@mrpfirm.com
creilly@mrpfirm.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEMETRIUS SMITH and MIA WILLIAMS<br>Plaintiffs,<br><br>v.<br><br>RACK ROOM SHOES, INC.<br>Defendant. | Case No. 3:24-cv-06709-RFL<br><br>[*Assigned to Judge Rita F. Lin*]<br><br>**STATEMENT OF RECENT DECISION**<br><br>Complaint Filed: September 24, 2024<br>Complaint Served: October 9, 2024<br>Trial Date: None set |

Pursuant to Civil Local Rule 7-3(d)(2), Plaintiffs respectfully submit this Statement of Recent Decision in support of their opposition to the pending Motion to Dismiss. The attached decision, *Cobbs v. PetMed Express, Inc.*, 9:25-cv-80458-AMC (S.D. Fla. Jan. 14, 2026), addresses the "contemporaneity" requirement, the "content" requirement, and the crime-tort exception.

Dated: January 15, 2026

**MARCUS RASHBAUM PINEIRO & MEYERS LLP**

By: */s/ Christopher R. Reilly*
Christopher R. Reilly

Michael A. Pineiro (*pro hac vice*)
Christopher R. Reilly (*pro hac vice*)

**LEVIN LAW, P.A.**
Brian Levin (*pro hac vice*)
Jacob Polin (Cal. Bar No. 311203)