UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS SMITH, et al.,<br><br>          Plaintiffs,<br><br>   v.<br><br>RACK ROOM SHOES, INC.,<br><br>          Defendant. | Case No. 24-cv-06709-RFL   (SK)<br><br>**ORDER RESERVING RULING ON MOTION TO SEAL**<br><br>Regarding Docket No. 139 |

On December 8, 2025, in connection with their discovery letter brief, Defendant filed a motion to seal Plaintiffs' interrogatory responses they designated as confidential. (Dkt. No. 139.) In response to the Court's Order seeking Plaintiffs' justification for sealing these documents, Plaintiffs filed a statement explaining that have no objection to their interrogatory responses being publicly filed. (Dkt. No. 151.) Accordingly, the Court DENIES the motion to seal.

**IT IS SO ORDERED**.

Dated: January 15, 2026

_Sallie Kim_
SALLIE KIM
United States Magistrate Judge