UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEMETRIUS SMITH, et al.,

Plaintiffs,

v.

RACK ROOM SHOES, INC.,

Defendant.

Case No. 24-cv-06709-RFL   (SK)

**ORDER ON CUSTODIANS AND SEARCH TERMS**

Regarding Docket Nos. 167, 168

The parties reached an agreement as to the search terms and as to several of the custodians. However, Plaintiff seeks to designate an additional four custodians. The Court rules that Defendant must search the files of the following two additional custodians from that list of four: Brian Minnix and David Pamperin.

**IT IS SO ORDERED**.

Dated: January 28, 2026

SALLIE KIM
United States Magistrate Judge