**LEVIN LAW, P.A.**
Brian Levin (*pro hac vice*)
Jacob Polin (Cal. Bar No. 311203)
2665 S. Bayshore Dr., Ph. 2B
Miami, FL 33133
Telephone: (305) 402-9050
E-Mail: brian@levinlawpa.com
jpolin@levinlawpa.com

**MARCUS RASHBAUM PINEIRO & MEYERS LLP**
Michael A. Pineiro (*pro hac vice*)
Christopher R. Reilly (*pro hac vice*)
2 South Biscayne Blvd., Suite 2530
Miami, FL 33131
Telephone: (305) 400-4260
E-Mail: mpineiro@mrpfirm.com
creilly@mrpfirm.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEMETRIUS SMITH and MIA WILLIAMS, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>RACK ROOM SHOES, INC.<br><br>Defendant. | Case No. 3:24-cv-06709-RFL<br><br>[*Assigned to Judge Rita F. Lin*]<br><br>NOTICE OF DECLARATIONS AND EXHIBITS IN SUPPORT OF CLASS CERTIFICATION<br><br>DATE: August 25, 2026<br>TIME: 10:00 A.M.<br>PLACE: Courtroom 15, 18th Floor<br><br>Complaint Filed: September 24, 2024<br>Complaint Served: October 9, 2024<br>Trial Date: None set |

In support of their motion for class certification, Plaintiffs respectfully state as follows:

1. In the process of filing the motion for class certification, Plaintiffs' counsel encountered errors uploading the declarations to ECF/Pacer due to the file format and certification associated with an e-signed document.

2. To ensure complaint with this Court's deadlines, Plaintiffs submitted their motion for class certification as a standalone document. Having since resolved the technical difficulties, Plaintiffs respectfully submit this notice of exhibits and declarations appending the exhibits and declarations in support of their motion for class certification.

DATED: May 29, 2026

**MARCUS RASHBAUM PINEIRO & MEYERS LLP**

By: */s/ Christopher R. Reilly*
Christopher R. Reilly