UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEMETRIUS SMITH, et al.,
Plaintiffs,

v.

RACK ROOM SHOES, INC.,
Defendant.

Case No. 24-cv-06709-RFL (SK)

**ORDER REGARDING ORDER TO SHOW CAUSE AND MOTION TO SEAL**

Regarding Docket Nos. 205, 217

Now before the undersigned is the Court's Order to Show Cause regarding why Plaintiffs should not be sanctioned, in the amount of attorneys' fees incurred by Defendant and Plaintiffs' motion to seal Exhibits B and E filed with their reply in support of their motion for sanctions. Defendant argues and the undersigned agrees that the Exhibits should be struck as improperly filed in support of a reply brief. Therefore, the undersigned STRIKES Exhibits B and E and, thus, DENIES the motion to seal as MOOT. However, because documents may not be removed from the docket, Exhibits B and E shall remain locked so as to not disclose potentially confidential information.

With respect to the undersigned's Order to Show Cause, the undersigned finds that Plaintiffs' actions were not intentional but, instead, were the result of gross negligence. Thus, the undersigned declines to issue sanctions against Plaintiffs and DISCHARGES the Order to Show Cause.

**IT IS SO ORDERED**.

Dated: August 19, 2026

Sallie Kim

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California