**MARCUS RASHBAUM PINEIRO & MEYERS LLP**
Michael A. Pineiro (*pro hac vice*)
Christopher R. Reilly (*pro hac vice*)
2 South Biscayne Blvd., Suite 2530
Miami, FL 33131
Telephone: (305) 400-4260
E-Mail: mpineiro@ mrpfirm.com
creilly@mrpfirm.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

DEMETRIUS SMITH and MAIA WILLIAMS

Plaintiffs,

v.

RACK ROOM SHOES, INC.

Defendant.

Case No. 3:24-cv-06709-RFL

[*Assigned to Judge Rita F. Lin*]

STATEMENT OF RECENT DECISION

Trial Date: N/A
Action Filed: September 24, 2024

Pursuant to Civil Local Rule 7-3(d)(2), Plaintiffs respectfully submit this Statement of Recent Decision in support of their motion for class certification. The attached exhibit contains a recent decision from Judge Seeborg, *Rodriguez v. Google LLC*, 2026 WL 2547422, at *3 (N.D. Cal. Aug. 28, 2026), that relates to Article III standing insofar as it discusses whether a claim for intrusion upon seclusion requires possessing or establishing a subjective expectation of privacy.

DATED: September 3, 2026

**MARCUS RASHBAUM PINEIRO & MEYERS LLP**

By: *<u>/s/ Christopher R. Reilly</u>*
Christopher R. Reilly

Michael A. Pineiro (*pro hac vice*)
Jeffrey A. Marcus (*pro hac vice forthcoming*)

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on September 3, 2026, a true and correct copy of the foregoing response was served on counsel for the Defendant through ECF Notification.

<u>/s/ *Christopher R. Reilly*</u>
Christopher R. Reilly